# United States District Court

## NORTHERN DISTRICT OF OHIO

WARRANT OF
ARREST *IN REM*

TO: THE FEDERAL BUREAU OF INVESTIGATION AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, on __May 30, 2019__ a ____Complaint in Forfeiture____ was filed in this Court by Justin E. Herdman, United States Attorney for this District, on behalf of the United States, against:

CATS Asset ID No.: 19-FBI-003100: Taurus 9mm pistol, serial number: TLM79086 with ammunition.
Taurus .357 revolver, serial number: KT18367 with ammunition.
Smith & Wesson 40 caliber pistol, serial no.: DUH0271 with ammunition.

and WHEREAS, the defendant firearms are currently in the possession, custody, or control of the United States; and,

WHEREAS, Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions directs the Clerk of the Court to issue a Warrant of Arrest *In Rem* for the arrest of the defendant firearms; and,

WHEREAS, Rule G(3)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions provides that the Warrant of Arrest *In Rem* must be delivered to a person or organization authorized to execute it;

YOU ARE COMMANDED to arrest the defendant firearms by serving a copy of this warrant on the custodian in whose possession, custody, or control the firearms are presently found, and to use whatever means may be appropriate to protect and maintain their custody until further order of this Court.

YOU ARE FURTHER COMMANDED to file the same in this Court with your return thereon.

| WITNESS THE HONORABLE | | UNITED STATES DISTRICT JUDGE AT |
|---|---|---|
| DATE<br>May 30, 2019 | CLERK<br><br>(BY) DEPUTY CLERK | |
| | Returnable __60__ days after issue. | |
| FEDERAL BUREAU OF INVESTIGATION | | |
| DISTRICT | DATE RECEIVED | DATE EXECUTED |
| PRINTED NAME | SIGNATURE | |